[No. 15570.   Department Two.   April 7, 1920.]

O. E. MAGNUSON, *Respondent,* v. D. K. McDONALD *et al., Defendants,*
D. M. DRUMHELLER, *Appellant.*[1]

Appeal from a judgment of the superior court for Spokane
county, Blake, J., entered July 25, 1919, upon the verdict of a jury
rendered in favor of the plaintiff, in an action in tort.  Reversed.

*Edwin C. Matthias* and *Graves, Kizer & Graves,* for appellant.
*F. W. Girand* and *Fred M. Williams,* for respondent.

PER CURIAM.—This case presents substantially the state of facts
presented in the case of *Lumpp v. McDonald, ante* p. 692, 188 Pac. 913.
On the authority of that case, the judgment entered against the
appellant, D. M. Drumheller, is reversed, and the cause will be
remanded with instructions to enter a judgment to the effect that
the plaintiff take nothing by the action as against the appellant
named.

[1]Reported in 188 Pac. 915.